IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:19mj 144 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY D. JOHNSON, | ) | |
| | ) | |
| *Defendant.* | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, ANTHONY D. JOHNSON, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

### (Citation No. 9494365)

On or about October 26, 2019, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, ANTHONY D. JOHNSON, did enter a military post for a purpose prohibited by law or lawful regulation,

to wit: ANTHONY D. JOHNSON did trespass upon Fort Lee by entering the gate in the trunk of a vehicle.

(In violation of Title 18, United States Code, Section 1382).

                                    G. ZACHARY TERWILLIGER
                                    UNITED STATES ATTORNEY

By: _____/s/_____
       Gabrielle S. Heim
       Special Assistant United States Attorney
       United States Attorney's Office
       919 East Main Street, Suite 1900
       Richmond, VA 23219
       Phone: (804) 765-1542
       Fax: (804) 765-1950
       gabrielle.s.heim.mil@mail.mil